[No. 17625–1–I. Division One. August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICK M. SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01714–1, Jim Bates, J., entered November 21, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 18303–6–I. Division One. August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS LLOYD EARLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03562–0, Liem E. Tuai, J., entered April 17, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.

[No. 8601–8–II. Division Two. August 19, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY LYNN SINDARS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 84–1–00109–6, Gary W. Velie, J., entered March 8, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Jones and Steiner, JJ. Pro Tem.